# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>Brian COMMANDER,<br><br>　　　　　　　　Defendant. | Case No.: **21-MJ-0163**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 18 U.S.C., Sec. 111(a)(1) – Assault on a Federal Officer (Felony) |

The undersigned complainant being duly sworn states:

On or about January 16, 2021, within the Southern District of California, defendant Brian COMMANDER, did knowingly and intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with a person named in Title 18, United States Code, Section 111, to wit Department of Homeland Security, United States Customs and Border Protection Officer Anthony Araujo, in that defendant bit Officer Araujo, while Officer Araujo was engaged in the performance of his official duties; in violation of Title 18, United States Code, Section 111(a)(1), a felony. The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

　　　　　　　　　　　　　　　　　Special Agent Kevin M. Day
　　　　　　　　　　　　　　　　　Homeland Security Investigations

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 19th DAY OF JANUARY 2021.

　　　　　　　　　　　　　　　　　HON MITCHELL D. DEMBIN
　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

# PROBABLE CAUSE STATEMENT

On January 16, 2021, at approximately 3:52 PM, Brian COMMANDER, ("COMMANDER"), a United States citizen, applied for entry into the United States from Mexico through the San Ysidro Port of Entry pedestrian lanes in a wheelchair. A Customs and Border Protection Officer make contact with COMMANDER in the pedestrian East lanes. COMMANDER had no documents to present and stated his name and date of birth. COMMANDOR was referred to the pedestrian East Secondary area due to a computer-generated alert.

While in the Secondary area, COMMANDER requested to speak with a supervisor. Two Customs and Border Protection Officers escorted COMMANDER to the Security Office in his wheelchair to speak with a supervisor. After arriving in the Security office, COMMANDER began screaming for a supervisor and threw himself forward out of the wheelchair onto the floor. COMMANDER was yelling and screaming on the floor, refusing to get back into is wheelchair. Customs and Border Protection Officers decided to move COMMANDER to a padded cell. As Customs and Border Protection Officers attempted to move COMMANDER to a padded cell, he began kicking, balling up his right first, thrashing his arms, yelling profanity, and threating officers. COMMANDER bit a Customs and Border Protection Officer's right-hand, tearing through the medical glove, puncturing the skin, causing bleeding.

COMMANDER was placed under arrest at approximately 9:02 PM.

COMMANDER was arrested and charged with a violation of Title 18, United States Code, 111, Assault on a Federal Officer. COMMANDER is scheduled to be booked into GEO Western Region Detention Facility.

Executed on January 17, 2021, at 2:30 A.M

_____
Kevin M. Day, HSI Special Agent

On the basis of the facts presented in this probable cause statement consisting of 3 pages, I find probable cause to believe the defendant, COMMANDER, named in this probable cause statement, committed the offense on January 16, 2021 in violation of Title 18 USC 111, Assault on a Federal Officer.

_____        7:04 AM, Jan 17, 2021
United States Magistrate Judge            Date/Time

3